STATE of Missouri, Respondent,

v.

**Richard D. POWELL, Appellant.**

**No. ED 91534.**

Missouri Court of Appeals, Eastern District, Division Two.

June 23, 2009.

Nancy A. McKerrow, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Karen L. Kramerm, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Richard Dean Powell appeals from the judgment entered upon the jury's verdict convicting him of statutory sodomy, Section, 566.062 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).